# United States Bankruptcy Court
## Southern District of Florida

In re  **Rio Mall, LLC**                                                   Case No.  **18-17840**
_____
Debtor(s)                                                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rio Mall, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| | |
|---|---|
| **June 29, 2018** | **/s/ Bradley S. Shraiberg** |
| Date | **Bradley S. Shraiberg 121622** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Rio Mall, LLC** |
| | **Shraiberg Landau & Page PA** |
| | **2385 NW Executive Center Dr** |
| | **Suite 300** |
| | **Boca Raton, FL 33431** |
| | **561 443 0800 Fax:561 998 0047** |
| | **bss@slp.law** |