UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

RIO MALL, LLC,                                    Case No. 18-17840

    Debtor.                                        Chapter 11

_____/

## CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the debtor in possession, Rio Mall, LLC (the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **June 28, 2018.**

2. Names, case numbers and dates of filing of related debtors: **Not Applicable.**

3. Locations of debtor's operations and whether the business premises are leased or owned: **3801 Route 9 South, Rio Grande, NJ 08210 – commercial real estate - owned**
**1003 W Indiantown Road, Suite 210, Jupiter, FL 33458 – management of real estate**

4. Reasons for filing chapter 11: **Transitional financial difficulties due to slow payment by one significant tenant and vacancy of majority of center due to KMart store closing in 2017. Ongoing discussions with replacement tenants for the Kmart space but in the near term the 92,000 sf vacant space is generating no revenue.**

5. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Bruce S. Frank, Member/Manager. No direct salary or benefits. He is compensated through net profits from the operation of the shopping center.**

6. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **YTD 2018 gross Income $637,612.26.(includes $96,653.34 uncollected Kmart rent) 2017 gross income $1,463,941.60**

7. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:
       **None at this time**

      b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **Investors Bank $8,788,047.07 first mortgage secured by real estate in its present state and limited tenancy currently valued at $10,000,000.00. National Commercial Builders, LLC $756,907.44 mechanic lien secured by the real estate.**

      c. Amount of unsecured non-priority claims: **$75,662.99**

8. General description and approximate value of the debtor's assets: **Real estate with estimated current value of $10,000,000.00. Checking account at Investors Bank $34,773.62. Security account at Investors Bank $68,990.01. TILC Account at Investors Bank $90,000.00. Utility deposits $12,125.00. Accounts receivable $349,334.49.**

9. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires. **The Debtor has the following policies:**

| Insurer | Type of Policy | Policy # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---|---|---|---|---|---|
| Lexington Insurance Company | Property | AIP1333644200 | 50,189,700 | Yes | 11/1/18 |
| Hanover Insurance Company | General Liability | LHFD41735902 | 2,000,000 | Yes | 11/1/18 |
| Hanover Insurance Company | Umbrella Liability | UHFD41741300 | 5,000,000 | Yes | 11/1/18 |
| Everest National Insurance Company | Workers Compensation | CA10002881171 | 1,000,000 | Yes | 12/15/18 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

11. Number of employees and amounts of wages owed as of Petition Date: **None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Not Applicable**

13. Anticipated relief to be requested within 14 days from the petition date:
**(a) Application to employ bankruptcy counsel; (b) motion for authority to use cash collateral.**

14. Ownership structure of the Debtor: **100% owned by Bruce S Frank**

RIO MALL, LLC

By: _____
Bruce S Frank, President