# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In Re:                                              Case No.: 18-17840-EPK

**RIO MALL, LLC,**                           Chapter 11

     Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Undersigned counsel hereby files his appearance as counsel on behalf of **National Commercial Builders, LLC,** and, in accordance with Fed. R. Bankr. P. 2002, requests that all parties and interested parties serve copies of any and all motions, pleadings, reports and/or documents of any kind or nature filed in these proceedings, upon the undersigned.

In addition, it is respectfully requested that pursuant to Fed. R. Bankr. P. 2002(g), the following should be added to the Court's Mailing Matrix:

Tamara D. McKeown, Esq.
Florida Bar No. 773247
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 South Biscayne Blvd., 34th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
tmckeown@aspalaw.com

Respectfully submitted,
**Aaronson Schantz Beiley P.A**
/s/ *Tamara D. McKeown*
Tamara D McKeown, Esq.
Florida Bar No. 773247
tmckeown@aspalaw.com
One Biscayne Tower, Floor 34
2 S. Biscayne Boulevard
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was furnished via e-mail through the Court's CM/ECF service on July 25, 2018.

s/ *Tamara D. McKeown*
Tamara D McKeown

**Aaronson Schantz Beiley P.A. | One Biscayne Tower, Floor 34 | 2 S. Biscayne Blvd. | Miami, Florida 33131 | 786.594.3000 | Fax 305.424.9336**