UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

RIO MALL, LLC.

Debtors.

Case No: 18-17840-EPK

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002 AND 9010(B)**

**PLEASE TAKE NOTICE** that Dilworth Paxson LLP hereby enters its appearance on behalf of Investors Bank ("Investors Bank"), a creditor and party-in-interest in the above-captioned bankruptcy case pursuant to section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and request that they be added to the service list in this matter so that they receive copies of all notices and pleadings filed herein or in any related proceedings including notices pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or any other means. All such notices and pleadings should be sent to:

> Harold G. Cohen, Esquire
> Jerry R. DeSiderato, Esquire
> **DILWORTH PAXSON LLP**
> A Pennsylvania Limited Liability Partnership
> Liberty View
> 457 Haddonfield Road, Suite 700
> Cherry Hill, NJ 08002
> (856) 675-1900 – Telephone
> (856) 663-8855 – Facsimile
> hcohen@dilworthlaw.com
> jdesiderato@dilworthlaw.com

120300619_1

**PLEASE TAKE FURTHER NOTICE** that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, Investors Bank is not waiving and hereby expressly preserves its right to: (i) have final orders in non-core matters entered only after de novo review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

**CERTIFICATION:** I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court Order July 27, 2018.

Submitted by:

Dated: August 13, 2018

/s/ Jerry R. DeSiderato
Jerry R. DeSiderato, Esquire
ID No. 013102005
**DILWORTH PAXSON LLP**
A Pennsylvania Limited Liability Partnership
Liberty View
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002
(856) 675-1900
jdesiderato@dilworthlaw.com

*COUNSEL FOR INVESTORS BANK*

120300619_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

RIO MALL, LLC.

                            Debtors.

Case No: 18-17840-EPK

Chapter 11

**CERTIFICATE OF SERVICE**

      I, Jerry R. DeSiderato, Esquire, do hereby certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002 AND 9010(B) and Certificate of Service was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record, as follows:

      Geoffrey S. Aaronson
      2 South Biscayne Blvd., 34th Floor
      Miami, FL 33131
      gaaronson@aspalaw.com
      Counsel for National Commercial Builders, LLC and National Commercial Builders, Inc.

      Gary M Freedman, Esq
      Nelson Mullins Broad and Cassel
      2 S. Biscayne Boulevard
      21st Floor
      Miami, FL 33131
      gary.freedman@nelsonmullins.com
      Counsel for Investors Bank

      Orfelia M Mayor
      P.O. Box 3715
      West Palm Beach, FL 33402
      omayor@ombankruptcy.com
      Counsel for Palm Beach County Tax Collector

      Tamara D McKeown
      100 SE. 2 St # 2700
      Miami, FL 33131
      tdmckeown@mckeownpa.com
      Counsel for National Commercial Builders, LLC

120300619_1

Eric S Pendergraft
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431
ependergraft@slp.law
Counsel for Rio Mall, LLC

Ariel Rodriguez
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
ariel.rodriguez@usdoj.gov
Counsel for Office of the US Trustee

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431
bss@slp.law
Counsel for Rio Mall LLC

|  |  |
|---|---|
| Dated:  August 13, 2018 | /s/ Jerry R. DeSiderato <br> Jerry R. DeSiderato, Esquire <br> ID No. 013102005 <br> **DILWORTH PAXSON LLP** <br> A Pennsylvania Limited Liability Partnership <br> Liberty View <br> 457 Haddonfield Road, Suite 700 <br> Cherry Hill, NJ 08002 <br> (856) 675-1900 <br> jdesiderato@dilworthlaw.com <br><br> *COUNSEL FOR INVESTORS BANK* |