IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RIO MALL, LLC | ) | Case No. 18-17840-EPK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Jointly Administered |
| _____ | ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that the undersigned, of the law firm of Bell, Davis & Pitt, P.A. appears for **SURREY BANK & TRUST,** requests that service be made on the undersigned of all orders, notices, and other pleadings of any nature filed in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, or otherwise, which affect or seek to affect in any way the rights or interest of **SURREY BANK & TRUST** with respect to the above-captioned debtor.

Please mail all notices and other documents required to be served upon creditors to the undersigned at the following address:

> Daniel C. Bruton
> Bell, Davis & Pitt, P.A.
> P.O. Box 21029
> Winston-Salem, NC 27120-1029

This the 29th day of August, 2018.

2

                                        /s/ Daniel C. Bruton
                                        DANIEL C. BRUTON
                                        State Bar No. 22440
                                        *Attorney for Surrey Bank & Trust*

OF COUNSEL:

BELL, DAVIS & PITT, P.A.
P. O. Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700
dbruton@belldavispitt.com

## CERTIFICATE OF SERVICE

I, Daniel C. Bruton, of Bell, Davis & Pitt, P.A., Post Office Box 21029, Winston-Salem, North Carolina 27120-1029, certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That the undersigned has this date served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE** upon all other parties to this cause via this Court's CM/ECF filing service.

ADDRESSEE(S):

Office of the US Trustee
51 S.W. 1st Ave
Suite 1204
Miami, FL 33130

Bradley S. Scrailberg
2385 NW Executive Center Drive #300
Boca Raton, FL 33431

This the 29th day of August, 2018.

        /s/ Daniel C. Bruton
        DANIEL C. BRUTON
        NC Bar No. 22440