UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

RIO MALL, LLC, *et al.*,  Lead Case No. 18-17840-EPK

    Debtors.  Chapter 11
                                                             Jointly Administered
_____/

## *EX PARTE* MOTION TO SEPARATELY ADMINISTER CHAPTER 11 CASES

Debtors in possession, Rio Mall, LLC ("Rio Mall"), Frank Entertainment Companies, LLC ("Frank Entertainment"), Frank Investments, Inc. ("Frank Investments") and Frank Theatres Management, LLC ("Frank Theatres") (the "Debtors"), pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rules 1015-1 and 9013-1, request that the Court separately administer their cases as set forth below.

1. On June 28, 2018, Rio Mall filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, initiating Case No. 18-17840-EPK.

2. Thereafter, on August 17, 2018, Frank Entertainment, Frank Investments and Frank Theaters (the "Frank Debtors") each filed voluntary chapter 11 petitions. Case Nos. 18-20019-EPK, 18-20022-EPK and 18-20023-EPK.

3. The Rio Mall and Frank Debtors bankruptcy cases have been jointly administered, with Rio Mall as the lead case. ECF No. 57.

4. Although all four entities are affiliated, after further review, the Debtors believe it is appropriate to separately administer the Frank Debtors from Rio Mall. Among other reasons, the primary secured creditor in the Rio Mall case is Investors Bank and the primary secured creditor in the Frank Debtors cases is Bancorp. Administering all four cases on a single docket

may cause confusion to interested parties, with issues not relevant to the Frank Debtors being filed on the Rio Mall docket and vice versa.

5. Given this dynamic, the Debtors request that the Frank Investments, Frank Entertainment and Frank Theatres be separated from the Rio Mall case, and jointly administered under *In re Frank Investments, Inc.*, Lead Case No. 18-20019-EPK, i.e. the first-filed Frank Debtor case.

6. A proposed order granting the relief requested herein has been uploaded to the Court and is attached to this Motion as **EXHIBIT "A"**.

**WHEREFORE,** the Debtors respectfully request that this Court enter an order (1) separating the Frank Debtors cases from the Rio Mall case; (2) ordering the joint administration of the Frank Debtors cases; and (3) granting such other and further relief as is just and proper.

Dated August 29, 2018

    Respectfully Submitted,

    **SHRAIBERG, LANDAU & PAGE, P.A.**
    Attorneys for the Debtors
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    pdorsey@slp.law

  By:  /s/ Patrick Dorsey_____
       Patrick Dorsey
       Florida Bar No. 0085841

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by Notice of Electronic Filing via CM/ECF to all parties registered to receive such notice in this case on August 29, 2018.

By: /s/ Patrick Dorsey_____
Patrick Dorsey

{2244/000/00413978}

# EXHIBIT A

{2244/000/00413978}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No.: 18-17840-EPK

RIO MALL, LLC,                                                  Chapter 11

    Debtor.
_____/

In re:                                                          Case No.: 18-20019-EPK

FRANK INVESTMENTS, INC.,                                        Chapter 11

    Debtor.
_____/

In re:                                                          Case No. 18-20022-EPK

FRANK THEATRES MANAGEMENT,                                      Chapter 11
LLC,

    Debtor.
_____/

In re:                                                          Case No. 18-20023-EPK

FRANK ENTERTAINMENT                                             Chapter 11
COMPANIES, LLC,

    Debtor.
_____/

{2244/000/00413978}

## ORDER GRANTING *EX PARTE* MOTION
## TO SEPARATELY ADMINISTER CHAPTER 11 CASES

**THIS MATTER** came before the Court without hearing upon the *Ex Parte Motion to Separately Administer Chapter 11 Cases* (the "Motion") filed by Rio Mall, LLC ("Rio Mall"), Frank Entertainment Companies, LLC ("Frank Entertainment"), Frank Investments, Inc. ("Frank Investments") and Frank Theatres Management, LLC ("Frank Theatres").  ECF No. 70.

The Court having reviewed the Motion and find good cause for the relief granting herein, and pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015 and Local Rule 1015-1, it is **ORDERED** as follows:

1. Effective, immediately, *In re Frank Investments, Inc.*, Case No.: 18-20019-EPK, *In re Frank Theatres Management, LLC*, Case No.: 18-20022-EPK, and *In re Frank Entertainment Companies, LLC*, Case No.: 18-20023-EPK, are no longer jointly administered with *In re Rio Mall, LLC*, Case No. 18-17840-EPK.

2. For the avoidance of any doubt, and in accordance with ¶ 1 above, *In re Rio Mall, LLC*, Case No. 18-17840-EPK (the "Rio Mall Case"), is no longer jointly administered with any other case.  Paragraphs 3–6 below do not apply to Rio Mall or the Rio Mall case.

3. *In re Frank Investments, Inc.*, Case No.: 18-20019-EPK, *In re Frank Theatres Management, LLC*, Case No.: 18-20022-EPK, and *In re Frank Entertainment Companies, LLC*, Case No.: 18-20023-EPK shall be jointly administered.  Case No. 18-20019-EPK is designated as the "lead case."

4. A single case docket and court file for will be maintained hereafter for Frank Entertainment, Frank Investments and Frank Theatres (the "Frank Debtors") under the "lead case" number.

5. Pleadings filed in other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed.   Claims filed shall indicate only the case name and number of the case in which the claim is asserted.   Separate claims registers shall be maintained for each case.   Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

6. The debtors in possession or, if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

# # #

Submitted by:

Patrick Dorsey, Esq.
Shraiberg, Landau & Page, P.A.
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2244/000/00413978}