

**ORDERED in the Southern District of Florida on August 30, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-17840-EPK |
| RIO MALL, LLC, | Chapter 11 |
|     Debtor. | |
| _____/ | |
| In re: | Case No.: 18-20019-EPK |
| FRANK INVESTMENTS, INC., | Chapter 11 |
|     Debtor. | |
| _____/ | |
| In re: | Case No. 18-20022-EPK |
| FRANK THEATRES MANAGEMENT, LLC, | Chapter 11 |
|     Debtor. | |
| _____/ | |

{2244/000/00413978}

In re:                                                    Case No. 18-20023-EPK

FRANK ENTERTAINMENT                                       Chapter 11
COMPANIES, LLC,

      Debtor.
_____/

### ORDER GRANTING *EX PARTE* MOTION
### TO SEPARATELY ADMINISTER CHAPTER 11 CASES

**THIS MATTER** came before the Court without hearing upon the *Ex Parte Motion to Separately Administer Chapter 11 Cases* (the "Motion") filed by Rio Mall, LLC ("Rio Mall"), Frank Entertainment Companies, LLC ("Frank Entertainment"), Frank Investments, Inc. ("Frank Investments") and Frank Theatres Management, LLC ("Frank Theatres").  ECF No. 71.

The Court having reviewed the Motion and find good cause for the relief granting herein, and pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015 and Local Rule 1015-1, it is **ORDERED** as follows:

1.      Effective, immediately, *In re Frank Investments, Inc.*, Case No.: 18-20019-EPK, *In re Frank Theatres Management, LLC*, Case No.: 18-20022-EPK, and *In re Frank Entertainment Companies, LLC*, Case No.: 18-20023-EPK, are no longer jointly administered with *In re Rio Mall, LLC*, Case No. 18-17840-EPK.

2.      For the avoidance of any doubt, and in accordance with ¶ 1 above, *In re Rio Mall, LLC*, Case No. 18-17840-EPK (the "Rio Mall Case"), is no longer jointly administered with any other case.  Paragraphs 3–6 below do not apply to Rio Mall or the Rio Mall case.

3.      *In re Frank Investments, Inc.*, Case No.: 18-20019-EPK, *In re Frank Theatres Management, LLC*, Case No.: 18-20022-EPK, and *In re Frank Entertainment Companies, LLC*, Case No.: 18-20023-EPK shall be jointly administered.  Case No. 18-20019-EPK is designated as the "lead case."

4.      A single case docket and court file for will be maintained hereafter for Frank Entertainment, Frank Investments and Frank Theatres (the "Frank Debtors") under the "lead case" number.

5.      Pleadings filed in other than the lead case shall be captioned  under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed.   Claims filed shall indicate only the case name and number of the case in which the claim is asserted.   Separate claims registers shall be maintained for each case.   Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

6.      The debtors in possession or, if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

# # #

Submitted by:

Patrick Dorsey, Esq.
Shraiberg, Landau & Page, P.A.
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.